[No. 62067-3-I. Division One. January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG CARLIS, *Appellant*.

Appeal from a judgment of the Superior Court for What-com County, No. 08-1-00649-5, Steven J. Mura, J., entered July 29, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Cox, JJ.

[No. 62415-6-I. Division One. January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER THOMAS BAKKEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-02452-7, Douglas D. McBroom, J., entered September 29, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, A.C.J., and Leach, J.

[No. 62564-1-I. Division One. January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE HOLGIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-08131-3, Joan E. DuBuque, J., entered October 17, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Leach, JJ.

[No. 62751-1-I. Division One. January 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. VENIAMIN P. PURIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00483-6, Mary Yu, J., entered November 24, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Ellington, J.